441 A.2d 782

Commonwealth v. Carter, Appellant.

Submitted October 5, 1981. Kenneth L. Mirsky, for appellant; Steven Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

441 A.2d 782

Commonwealth v. Cauley, Appellant.

Argued November 18, 1981. Jeffrey S. Rosenblum, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The order is affirmed on the comprehensive opinion by Judge Charles L. Durham of the Court of Common Pleas of Philadelphia County.